Norris *v.* Philadelphia Life Insurance Company et al., Appellants.

Argued September 28, 1939.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER, RHODES and HIRT, JJ.

294

*Frank R. Ambler,* for appellants.

*John B. Martin,* with him *Duane, Morris & Heckscher,* for appellee.

PER CURIAM, November 15, 1939:

The judgment of the court below, sustaining the award of the compensation board, is affirmed on the opinion of Judge LAMBERTON.